UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SWISH WHITE RIVER, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 16-CV-0078-JDL |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL BERNARD and | ) | |
| CHAD LEONARD, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF PRELIMINARY INJUNCTION**

Based upon the consent of the parties, the Court ORDERS as follows:

1. Defendants Michael Bernard ("Bernard") and Chad Leonard ("Leonard") are preliminarily enjoined from now until August 31, 2016, from:

    A. Using any of Swish White River, Ltd.'s ("Swish") trade secrets or confidential information; and

    B. Contacting, directly or indirectly, or soliciting, directly or indirectly, any work, sales, contracts, or other business from any business, individual, or entity that was a customer of Swish at the time of Defendants' departures from the company; and

    C. Doing business with any of Swish's customers they serviced while employed with Swish.

2. In the event of any breach of this injunction, in addition to the remedies available at law, Plaintiff shall be entitled to its reasonable attorneys' fees and costs incurred in proving successfully to the District Court that Leonard or Bernard violated the Order between the date of execution of this Agreement and August 31, 2016.

3. Provided no Motion for Contempt or similar filing by Swish is pending as of September

1, 2016, the Action shall be dismissed with prejudice and without costs or attorney fees to any party.

**SO ORDERED.**

Dated: March 30, 2016

                                                  /s/ **Jon D. Levy**
                                       **U.S. DISTRICT JUDGE**